

**NUMBERS 13-18-00280-CV AND 13-18-00313-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

PROPEL FINANCIAL
SERVICES, LLC,                                                    **Appellant,**

**v.**

**CONQUER LAND UTILITIES, LLC,**                                 **Appellee.**

---

### On appeal from the 206th District Court
### of Hidalgo County, Texas

---

# ORDER

**Before Chief Justice Valdez and Justices Longoria and Hinojosa
Order Per Curiam**

Pending before the Court is Appellant's Motion for Clarification and for Briefing

Schedule.  The Court intends for only one set of briefs (appellant's brief, appellee's brief,

and appellant's reply) to be filed and that the single set of briefs address all of the issues

in both appellate cause numbers. As for scheduling, the Court intends for the timetable governing accelerated appeals, *see* TEX. R. APP. P. 38.6, to apply and that it will be triggered by the filing of all the appellate records necessary to address the issues in the consolidated appeal. Accordingly, the appellate record filed on September 19, 2018, yields a deadline for appellant's brief on October 9, 2018.

To effectuate this clarification, appellant's brief filed on September 17, 2018 is STRUCK. The Court will also entertain, within reason, motions for extension of time to filed briefs and for extension of the word limit.

It is so ORDERED.

PER CURIAM

Delivered and filed the
4th day of October, 2018.

2